```
LODGED                    ENTERED
CLERK, U.S. DISTRICT COURT   CLERK, U.S. DISTRICT COURT
                                                          FILED
APR 30 2003               MAY 20 2003              CLERK, U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA  CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY      BY            DEPUTY         MAY 15 2003

                                                   CENTRAL DISTRICT OF CALIFORNIA
                                                   BY                  DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Fred Lee Davis

PLAINTIFF(S)

v.

Jeff D. Price

DEFENDANT(S).

CASE NUMBER

CV-03-3030

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE**

---

**IT IS ORDERED** that the complaint be filed without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $150.00. An initial partial filing fee of $_____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. §1915.

```
                                          ENTERED ON ICMS
                                          MAY 20 2003
```

_____        _____
Date                              United States Magistrate Judge

---

**IT IS RECOMMENDED** that the application of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Failure to authorize disbursements from prison trust account to pay filing fee
- ☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____
- ☐ Legally and/or factually patently frivolous
- ☐ Other: _____

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD  5/2/07

_____        _____
Date                              United States Magistrate Judge

**IT IS ORDERED** that the application of prisoner-plaintiff to file the action without prepayment of the full filing fee is:   ☐ GRANTED   ☒ DENIED (See note above).

5/7/03                            _____
Date                              United States District Judge

CV-73C (06/00)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE    Page 1 of 2